

1  LAWRENCE G. BROWN
   United States Attorney
2  IAN L. GARRIQUES
   SUSAN PHAN
3  Assistant U.S. Attorneys
   Suite 4401, Federal Courthouse
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) NO. 1:09 MJ 00258 DLB
                                  )
12       Plaintiff,                ) APPLICATION AND ORDER
                                  ) SEALING COMPLAINT
13    v.                           )
                                  )
14 JOSE MANUEL GUARDADO            )
                                  )
15       Defendant.                )
                                  )
16

17                    APPLICATION TO SEAL

18      The government requests that the complaint and affidavit in
   support of the complaint be sealed until further order of this Court
19
   to protect the integrity of the underlying investigation and to
20
   prevent the possible destruction of evidence.
21

22
   Dated: October 13, 2009              Respectfully submitted,
23
                                        LAWRENCE G. BROWN
24                                      United States Attorney

25                                 By   /s/ Ian Garriques
                                        IAN L. GARRIQUES
26                                      SUSAN PHAN
                                        Assistant U.S. Attorneys
27

28

                              1

1
2
3                              SEALING ORDER
4     Good cause having been shown, IT IS HEREBY ORDERED that the
5 complaint and affidavit in support of the complaint be sealed until
6 further order of this Court.
7
8 DATED: October 13, 2009
9
10                                        _____
                                          DENNIS L. BECK
11                                        UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28