**FILED**

OCT 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-MJ-258 DLB |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL COMPLAINT AND |
| v. ) | AFFIDAVIT |
| JOSE MANUEL GUARDADO, ) | |
| Defendant. ) | |

The complaint and supporting affidavit in this case having been sealed by order of this Court on October 13, 2009, and it appearing that such complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and supporting affidavit be unsealed and made public record.

DATED: 10/16/09

_____
UNITED STATES MAGISTRATE JUDGE

2